**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dale K. Ketter                                                                      CHAPTER 7
        Russ Ketter

               Debtor(s)                                          BKY. NO. 22-20457 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC, and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ **Brian C. Nicholas**
                                         Brian Nicholas
                                         23 Mar 2022, 14:35:46, EDT

                                         Brian C. Nicholas, Esq. (317240) ☑
                                         Denise Carlon, Esq. (317226) ☐
                                         Rebecca A. Solarz, Esq. (315936) ☐
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         412-430-3594
                                         bkgroup@kmllawgroup.com