**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Russ Ketter <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5478 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Dale K. Ketter <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5031 <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–20457–TPA

## Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Russ Ketter                                             Dale K. Ketter

6/22/22                                                 **By the court:**   Thomas P. Agresti
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-20457-TPA
Russ Ketter  Chapter 7
Dale K. Ketter
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: admin  Page 1 of 4
Date Rcvd: Jun 22, 2022  Form ID: 318  Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Russ Ketter, Dale K. Ketter, 2706 Pioneer Ave, Pittsburgh, PA 15226-2034 |
| 15462675 | + | Allegheny County, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15462677 | + | Credit Control, 3300 Rider Trails Suite 500, Earth City, MO 63045-1338 |
| 15462683 | + | Discover Financial Services, PO Box 30923, Salt Lake City, UT 84130-0923 |
| 15462685 | + | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 36, Lake Zurich, IL 60047-8944 |
| 15462684 | | Dovenmuehle Mortgage, Inc/Cross Country, 1 Corporate Dr, Suite 360, Lake Zurich, IL 60047-8945 |
| 15462686 | + | Emiko Ogawa, 2224 Pine Knoll Drive, Unit 6, Walnut Creek, CA 94595-2164 |
| 15462687 | + | M1 Labs, 1330 State Route 14, Columbiana, OH 44408-9648 |
| 15462688 | | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 15462691 | #+ | Mariner Finance, 4313 Walnut Street, Suite 144, McKeesport, PA 15132-6129 |
| 15462694 | | McKees Rocks Boro, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15462697 | | One Main Financial, Building 7, 875 Greentree Road, Suite 260, Pittsburgh, PA 15220-3508 |
| 15462706 | + | ROI, PO Box 549, Lutherville Timonium, MD 21094-0549 |
| 15462701 | + | Radius Global Solutions, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 15462708 | | St. Clair Health / Hospital, PO Box 1870, Cary, NC 27512-1870 |
| 15462710 | | Sto-Rox SD, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15462719 | + | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jun 23 2022 03:43:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jun 23 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 23 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2022 23:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jun 22 2022 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA |

Case 22-20457-TPA    Doc 18    Filed 06/24/22    Entered 06/25/22 00:26:35    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: 318 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 23 2022 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15462676 | | EDI: CAPITALONE.COM | Jun 23 2022 03:43:00 | Capital One/Walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15462677 | ^ | MEBN | Jun 22 2022 23:39:28 | Credit Control, 3300 Rider Trails Suite 500, Earth City, MO 63045-1338 |
| 15462678 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 22 2022 23:46:35 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15462681 | | EDI: DISCOVER.COM | Jun 23 2022 03:43:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15462690 | + | EDI: CITICORP.COM | Jun 23 2022 03:43:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15462679 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 22 2022 23:40:00 | Department of Labor & Industry, Office of Chief Counsel, Tenth Floor Labor and Industry Building, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 15462682 | + | EDI: DISCOVER.COM | Jun 23 2022 03:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15462689 | + | EDI: CITICORP.COM | Jun 23 2022 03:43:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15462693 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 22 2022 23:41:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15462692 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 22 2022 23:41:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15462695 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2022 23:41:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 15462696 | | Email/Text: bankruptcydepartment@tsico.com | Jun 22 2022 23:41:00 | Nationwide Credit Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 15462699 | + | EDI: AGFINANCE.COM | Jun 23 2022 03:43:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15462698 | + | EDI: AGFINANCE.COM | Jun 23 2022 03:43:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15462700 | ^ | MEBN | Jun 22 2022 23:39:24 | Patenaude & Felix, 9619 Chesapeake Drive, Suite 300, San Diego, CA 92123-1392 |
| 15462705 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2022 23:46:41 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15462702 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2022 23:46:41 | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 15462704 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2022 23:46:36 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 15462707 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2022 23:46:47 | Sherman Acquisitions, PO Box 10497, Greenville, SC 29603-0497 |
| 15462709 | | Email/Text: PFS.Analyst@stclair.org | Jun 22 2022 23:41:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15463346 | + | EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15462711 | + | EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank Hsn Card, PO Box 530905, Atlanta, GA 30353-0905 |
| 15462712 | | EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank QVC, PO Box 530905, Atlanta, GA 30353-0905 |

Case 22-20457-TPA   Doc 18   Filed 06/24/22   Entered 06/25/22 00:26:35   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: 318 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 15462714 | + | EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15462713 | + | EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 15462715 | + | EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15462716 | + | EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15462717 | + | EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15462718 | + | EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15462719 | ^ | MEBN | Jun 22 2022 23:38:43 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15462720 | | EDI: USBANKARS.COM | Jun 23 2022 03:43:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 15462721 | | EDI: USBANKARS.COM | Jun 23 2022 03:43:00 | US Bank/RMS, Cb Disputes, Saint Louis, MO 63166 |
| 15462722 | + | EDI: USBANKARS.COM | Jun 23 2022 03:43:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CrossCountry Mortgage, LLC |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| 15462680 | *+ | Department of Labor & Industry, Office of Chief Counsel, Tenth Floor Labor and Industry Building, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 15462703 | *+ | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CrossCountry Mortgage  LLC bnicholas@kmllawgroup.com |

District/off: 0315-2     User: admin     Page 4 of 4

Date Rcvd: Jun 22, 2022     Form ID: 318     Total Noticed: 53

Kenneth Steidl
: on behalf of Debtor Russ Ketter julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
: on behalf of Joint Debtor Dale K. Ketter julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
: on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
: ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
: on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford
: crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 7